UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:19-CR-123 |
| | ) | |
| JUSTIN DARELL COZART | ) | |

## **MEMORANDUM AND ORDER**

Now before the Court is the defendant's second motion to continue trial. [Doc. 15]. The defense states that approximately 60 additional days are needed to complete a full investigation of the case in order to properly advise the defendant of the best potential resolution. The defendant concedes that "the period of time between the filing of this motion for continuance and a rescheduled court date will be fully excludable for speedy trial purposes." According to the motion, the United States does not oppose the requested relief.

The Court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The motion [doc. 15] is **GRANTED**. Trial is **CONTINUED** from January 28, 2020, to **Tuesday, April 7, 2020, at 9:00 a.m.** in Knoxville. The new plea cutoff date is March 23, 2020.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge